UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SCOTT L. STOLLER,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>STATE OF WASHINGTON<br>DEPARTMENT OF CORRECTIONS,<br><br>　　　　　　　Defendant. | CASE NO. C14-5562BHS<br><br>ORDER ADOPTING REPORT<br>AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge. Dkt. 24. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)　　The R&R is **ADOPTED**; and

(2)　　Plaintiff's motion to amend and for remand (Dkt. 22) is **GRANTED.** Plaintiff's proposed amended complaint (Dkt. 22-1) shall be docketed as Plaintiff's amended complaint and this case is **REMANDED** to the Thurston County Superior Court.

(3)     Defendants' Motion for Summary Judgment (Dkt. 12) is **DENIED as moot without prejudice** to re-filing in state court.

Dated this 6th day March, 2015.

BENJAMIN H. SETTLE
United States District Judge

ORDER -- 2